# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1288      Short Title: Trindade v. Grove Services, In

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Grove Services, Inc. and Victor Spivak</u> _____ as the

[✓] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

_____     <u>April 11, 2023</u>
Signature                      Date

<u>Irwin B. Schwartz</u>
Name

<u>BLA Schwartz, P.C.</u>          <u>781-636-5000</u>
Firm Name (if applicable)        Telephone Number

<u>One University Avenue, Suite 302B</u>   <u>781-636-5090</u>
Address                                    Fax Number

<u>Westwood, Massachusetts 02090</u>   <u>ischwartz@blaschwartz.com</u>
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: <u>41819</u>

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes   Court of Appeals No. _____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).