# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1288          Short Title: Trindade v. Grove Services, In

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Paulo Trindade _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_____          4/11/23
Signature                                 Date

David Brian Summer
Name

Law Office of David B. Summer          617-695-0050
Firm Name (if applicable)              Telephone Number

100 State Street, Suite 900            617-695-0055
Address                                Fax Number

Boston, MA 02109                       david@summerlaw.com
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 1168290

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).